

# Fourth Court of Appeals
## San Antonio, Texas

January 21, 2014

No. 04-13-00757-CV

Michael **TATSCH**,
Appellant

v.

**CHRYSLER GROUP**, LLC and Infinity County Mutual Insurance Company,
Appellees

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 12977
Honorable N. Keith Williams, Judge Presiding

## O R D E R

Appellant's brief was originally due December 23, 2013; however, the court granted appellant an extension of time until January 22, 2014. Appellant has filed a motion for an additional thirty-day extension of time to file the brief.

We **grant** the motion**.** We **order** appellant Michael Tatsch's brief due **February 21, 2014**. Appellant is advised that **no further extensions of time will be granted** absent a showing of extraordinary circumstances that also provides the court reasonable assurance the brief will be completed and filed by the requested extended deadline. If the brief or a conforming motion is not filed by the date ordered, the court may dismiss the appeal. *See* TEX. R. APP. P. 38.8(a); 42.3(c).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of January, 2014.

_____
Keith E. Hottle
Clerk of Court